UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America<br><br>*v.*<br><br>Marcus Roldan | Criminal No. 3:07cr156 (JBA) |

**ORDER FINDING VIOLATION OF PROBATION, REVOKING PROBATION, ORDERING DETENTION, AND ORDERING PSYCHIATRIC EXAMINATION IN AID OF SENTENCING**

On February 20, 2008, the defendant, Marcus Roldan, having been convicted of possessing a mixture and substance containing a detectable quantity of cocaine in violation of 21 U.S.C. § 844(a), was sentenced by the Court to three years' probation. On April 28, 2008, United States Probation Officer Xenia T. Gray informed the Court that there may be good cause to revoke the defendant's probation. On May 8, 2008, the defendant appeared before the Court, represented by counsel, and admitted to having violated his terms of probation requiring him to serve the first three months of his probation in a halfway house and to having used marijuana and cocaine. Finding the defendant to be in violation of his terms of probation, the Court revoked the defendant's probation and remanded the defendant to the custody of the U.S. Marshal pursuant to 18 U.S.C. § 3143(d) and Federal Rule of Criminal Procedure 32.1.

The Court has concluded that it is necessary to determine the defendant's mental condition to assist in determination of sentencing. By this order, and with consent of the parties, the Court clarifies that a mental health evaluation is ordered pursuant to 18 U.S.C. § 3552(c), which shall be conducted in the local community, and which will be used to determine the sentence to be imposed.

The examination and report will address the defendant's mental condition at this time. The report will include all the information called for by the provisions of 18 U.S.C. § 4247(c)(1), (2), (3), (4), and (4)(E). Within that framework, the report will address, among other things, the following issues: (1) whether the defendant currently suffers from any mental disorder, including but not limited to bipolar disorder and/or posttraumatic stress disorder, and what the appropriate treatment, if any, should be; (2) whether the defendant would benefit from concentrated counseling and/or psychotherapy; and (3) whether the defendant's mental condition should be taken into account in formulating special conditions of supervised release.

The examination is to be conducted by the New Haven Forensic Consultants (Dr. Christine Naungayan). The examiner will be provided with a copy of the Presentence Report.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 13th day of May, 2008.